UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record; Roslyne Atilus, Esq.

FROM: Judge Peter J. Messitte

RE: Wolfson Freight LLC v. Paccar Inc., No. 24-cv-1800

DATE: August 9, 2024

\* \* \*

On July 25, 2024, the Court issued a Memorandum Order denying a Motion to Remand filed by Plaintiff Wolfson Freight LLC. *See* ECF No. 15. The Court's July 25 Order was based, in part, on the fact that, although Wolfson was purportedly represented by Roslyne Atilus, Esq., of the Remus Law Group located in Washington, D.C., she had not entered an appearance on Wolfson's behalf, contrary to the Federal Rules of Civil Procedure and the Court's Local Rules. In its July 25 Order, the Court directed Wolfson to arrange for an attorney to enter an appearance on its behalf within seven (7) days of the Order. The Order further cautioned that any additional "inappropriate deviations from the rules may result in sanctions, including possible dismissal of Wolfson's claims." *Id.* at 2.

More than two weeks have passed, and no attorney has entered an appearance on Wolfson's behalf. Despite this, Ms. Atilus has continued to make filings, purportedly as a representative of Wolfson. *See, e.g.*, ECF Nos. 16, 17.

These filings, made by an attorney who has not entered an appearance and who has been directed to enter an appearance, are precisely the kind of "inappropriate deviations" from the rules that the Court cautioned against in its July 25 Order.

Accordingly, the Court will **GRANT** Defendant Paccar Inc.'s Motion to Dismiss and **DISMISS WITHOUT PREJUDICE** Wolfson's Complaint. The Clerk is directed to **CLOSE** this case.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly and to send a copy of this Order to Wolfson Freight LLC, 6801 Oak Hall Lane #222, Columbia, MD 21045, and to Roslyne Atilus, Esq., at her email address (roz@remuslaw.com) and her mailing address, 1629 K Street, Suite 303, Washington, DC 20006.

Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record